CHARLES A. GRAHAM v. WILLIAM S. CONRAD.[1]

December 17, 1896.

Nos. 10,326—(178).

**Appeal from Justice—Dismissal—Judgment—Laws 1895, c. 24.**

Since the enactment of Laws 1895, c. 24, which provides that where an appeal from a justice's court shall for any cause be dismissed in district court, such court shall enter judgment in the action affirming the judgment of the justice, with all costs, no appeal will lie from the order of dismissal, but must be taken, if at all, from the judgment entered in district court.

[1] Reported in 69 N. W. 215.

Appeal by defendant from an order of the district court for Ramsey county, Willis, J.    Dismissed.

*E. Benton Olmsted*, for appellant.

*J. M. Hawthorne*, for respondent.

PER CURIAM.    Defendant appealed from an order of the district court directing the dismissal of an appeal from a justice's court and affirming a judgment rendered therein.    It was held in Ross v. Evans, 30 Minn. 206, 14 N. W. 897, that an order dismissing an appeal from a justice's court for want of jurisdiction apparent on the face of the return was within the terms of G. S. 1894, § 6140, subd. 5, and appealable.    But by Laws 1895, c. 24, it was enacted that in all cases where an appeal from a justice's court shall for any cause be dismissed in district court, such court shall enter judgment in the action, affirming the judgment of the justice, with all costs.    The passage of this act changed the rule in reference to an appeal from an order of the district court dismissing an appeal from a justice's court, because the reason for the rule as stated in the Ross Case no longer exists.    Such appeal must now be taken, if at all, from the judgment entered in district court.    Appeal dismissed.